

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-21-00469-CR

Ruben **TALAMANTEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 20-05-0135-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The clerk's record, which was filed in this appeal on October 28, 2021, does not contain a trial court's certification of the defendant's right of appeal, pursuant to Texas Rule of Appellate Procedure 25.2(d). It is therefore ORDERED that appellant's attorney provide the trial court clerk with a signed trial court certification of the defendant's right to appeal within twenty days from the date of this order. It is further ORDERED that the trial court cause the trial court clerk to file a supplemental clerk's record containing a trial court certification within ten days from the date the trial court clerk receives the signed trial court certification of the defendant's right to appeal. All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court